FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 MAR 31 A 10: 36
CLERK'S OFFICE
AT GREENBELT
BY________DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
***Southern Division***

**CHAD A. LERNER,** *

**Plaintiff,** *

**v.** **Case No.: GJH-15-2532**

*

**NORTHWEST BIOTHERAPEUTICS,**
***et al.*,** *

**Defendants.**

*

* * * * * * * * * * * * *

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ordered by the United States District Court for the District of Maryland that:

1. Defendants' Motion to Dismiss, ECF No. 26, is GRANTED; and
2. Plaintiffs' Request for Leave to Amend is GRANTED, and Plaintiffs have 14 days from the issuance of this Order to file a Second Amended Complaint.

Dated: March 31, 2017

GEORGE J. HAZEL
United States District Judge