POMERANTZ LLP

**Joshua B. Silverman**
Partner

April 12, 2017

**VIA ECF**

Honorable George J. Hazel
6500 Cherrywood lane
Suite 445A
Greenbelt, MD 20770

Re: *Lerner v. Northwest Biotherapeutics, Inc.*, No. 8:15-cv-02532-GJH

Dear Judge Hazel:

I write on behalf of Lead Plaintiffs in the above-captioned litigation. On March 31, 2017, this Court dismissed the operative complaint with leave to amend. Dkt. No. 31. Lead Plaintiffs respectfully inform the Court that they do not intend to file an amended complaint.

Respectfully submitted,

Joshua B. Silverman

JBS/ms
cc: All Counsel

jbsilverman@pomlaw.com
10 South LaSalle Street, Suite 3505, Chicago, IL 60603 tel: 312.377.1181 www.pomerantzlaw.com
NEW YORK CHICAGO LOS ANGELES WESTON, FL

325